Bankruptcy Law Office of Attorney Richard A. Check, S.C.

757 N Broadway, Suite 401

Milwaukee, WI  53202

Invoice for: Lisa and Ryan Chase

File No.: 15-517

246 Hillcrest Lane

Fond du Lac, WI 54935

## Chapter 13 Invoice

| Services Rendered | Hours | Fee |
|---|---|---|
| 10/16/15 Meeting with Attorney (RC) | 1.0 | No Charge |
| 10/16/15 Open New File Matter (EK) | 1.0 | $140.00 |
| 10/16/15 Run Mean Test for Above Median Client (RC) | 1.2 | $420.00 |
| 10/21/15 Complex Finish Meeting with Attorney (RC) | 1.5 | $525.00 |
| 10/22/15 Type Schedules, Means Test, Statement of Financial Affairs (SC) | 2.2 | $308.00 |
| 10/25/15 Attorney Review/Signing of Schedules (RC) | 0.4 | $140.00 |
| 10/25/15 Finish Preparing Petition, Schedules and Statement of Financial Affairs, Plan (EK) | 0.7 | $98.00 |
| 10/26/15 File Bankruptcy Case (RC) | 0.6 | $210.00 |
| 10/26/15 Filed Chapter 13 Plan (RC) | 0.5 | $175.00 |
| 10/26/15 Notes to File and to Staff RE: Chapter 13 Case and Filing (SC) | 0.4 | $56.00 |
| 10/26/15 Draft and File Motion to Continue Stay (RC) | 0.5 | $175.00 |
| 11/17/15 Prepare File for Motion to Continue Stay Hearing with Notes to File (RC) | 0.2 | $70.00 |
| 11/17/15 Represent Clients at Motion to Continue Stay Hearing with Notes to File (RC) | 0.5 | $175.00 |
| 11/19/15 Draft and File Affidavit for Motion to Continue Stay (RC) | 0.4 | $140.00 |
| 11/24/15 Draft and File Certificate of No Objection/Response/Answer (SC) | 0.3 | $42.00 |
| 12/1/15 Draft and File Motion to Participate in Mortgage Modification Program with Notes to File (SC) | 0.5 | $70.00 |
| 12/4/15 Review Order Denying Motion to Continue Stay with Notes to File (RC) | 0.2 | $70.00 |
| 12/18/15 Prepare File for 341 Hearing (RC) | 0.3 | $105.00 |
| 12/18/15 Represent Client at 341 Hearing (RC) | 0.5 | $175.00 |
| 12/18/15 Notes to File, Meet with Paralegal RE: 341 Hearing Changes to File (RC) | 0.4 | $140.00 |
| 1/25/16 Draft and File Motion to Modify Plan with Notes to File (RC) | 0.6 | $210.00 |
| 1/25/16 Draft and File Amended Schedule D and J (RC) | 0.4 | $140.00 |

| | | |
|---|---|---|
| 1/25/16 Draft and File Amended 122C-2 (RC) | 0.2 | $70.00 |
| 1/27/16 Draft and File Amended Motion to Modify Plan (RC) | 0.2 | $70.00 |
| 2/19/16 Draft and File Certificate of No Objection/Response/Answer (SC) | 0.3 | $42.00 |
| 2/19/16 Draft and File Motion to Modify Plan (RC) | 0.6 | $210.00 |
| 3/9/16 Draft and File Certificate of No Objection/Response/Answer (SC) | 0.3 | $42.00 |
| 3/21/16 Draft and File Certificate of No Objection/Response/Answer (SC) | 0.3 | $42.00 |
| | Subtotal: | $4,060 |
| **Additional Services Rendered Not Contemplated in Original Fee Agreement** | **Hours** | **Fee** |
| 3/21/16 Review Motion to Dismiss Case with Notes to File (RC) | 0.2 | $70.00 |
| 4/11/16 Draft and File Objection to Motion to Dismiss Case (RC) | 0.5 | $175.00 |
| 5/9/16 Draft and File Certificate of Readiness (SC) | 0.3 | $42.00 |
| 5/10/16 Review Notice of Appointment of Mediator with Notes to File (RC) | 0.2 | $70.00 |
| 5/10/16 Stipulation Made with Trustee's Office RE: Motion to Dismiss with Notes to File (RC) | 0.2 | $70.00 |
| 5/18/16 MMM Teleconference with Notes to File (RC) | 0.3 | $105.00 |
| 7/6/16 Adjourned MMM Teleconference with Notes to File (RC) | 0.4 | $140.00 |
| 7/6/16 Review of Mediator's Report of Results with Notes to File (RC) | 0.2 | $70.00 |
| 6/6/17 Draft & File Application & Notice for Administrative Expenses (JS) | 1.0 | $140.00 |
| | **SUBTOTAL Original Chapter 13 Fees from Above:** | $4,060 |
| | **Less Courtesy Discount:** | $60 |
| | **TOTAL Original Chapter 13 Fees:** | $4,000 |
| | **Less Amount Paid as Deposit:** | $2,320 |
| | **Amount to be Paid Through the Chapter 13 Plan** | $1,680 |
| | **Less Amount Paid Through Chapter 13 Plan:** | $1,680 |
| | **Total Amount to be Paid as of the Date of this Application:** | $0 |
| | **Add the Amount for Additional Services Rendered** | $882 |
| | **GRAND TOTAL: Chapter 13 Attorney Fee Yet To Be Paid at Date of this Application** | $882 |

| Initials | Name | Position | Billing Rate |
| --- | --- | --- | --- |
| R.C. | Richard Check | Attorney | $350 |
| J.S. | Justine Swenson | Paralegal | $140 |
| S.C. | Sam Check | Paralegal | $140 |
| E.K. | Erin Kastens | Paralegal | $140 |

**Education and Experience**

### RC – Attorney – 18 Years Owning Firm

JS – Bachelor's Degree – University of Wisconsin Milwaukee – 3 Years Legal/Paralegal Experience

SC – Bachelor's Degree – Current Law Student at Marquette University – 4 Years Legal/Paralegal Experience

EK – Paralegal Certificate – 9 Years Legal/Paralegal Experience